NUMBER 13-07-00480-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_________________________________________________________


HILTON PITTMAN, APPELLANT,


v.



INTER NATIONAL BANK, APPELLEE.

 

________________________________________________________


On Appeal from the 275th District Court 


of Hidalgo County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Vela


Memorandum Opinion Per Curiam


 Appellant, Hilton Pittman, and appellee, Inter National Bank, have filed a joint
motion to dismiss this appeal. According to the motion, the parties have reached a
settlement regarding the matters at issue in this appeal, and accordingly, desire to dismiss
the appeal. 

 The Court, having considered the documents on file and the joint motion to dismiss
the appeal, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). The joint motion to dismiss the appeal is granted, and the appeal is hereby
DISMISSED. Pursuant to agreement between the parties, costs will be borne by the party
incurring same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant."). Having dismissed the appeal at the parties' request,
no motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 13th day of March, 2008.